UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ANTHONY CASTILLO,<br><br>Petitioner,<br><br>v.<br><br>JEFF MACOMBER,<br><br>Respondent. | 1:24-cv-01586-SAB (HC)<br><br>ORDER DISREGARDING APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(ECF No. 2) |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On December 26, 2024, petitioner filed an application to proceed in forma pauperis. Due to the fact that petitioner paid the filing fee for this action on December 26, 2024, IT IS HEREBY ORDERED THAT petitioner's application to proceed in forma pauperis (ECF No. 2) is DISREGARDED as moot.

IT IS SO ORDERED.

Dated: **December 27, 2024**

STANLEY A. BOONE
United States Magistrate Judge

1